1

2                              UNITED STATES DISTRICT COURT

3                                     DISTRICT OF NEVADA

4                                            * **

CHARLES K. PARKER,                       )
5                                         )        CASE NO.: 3:13-CV-00523-RCJ-WGC
                    Plaintiff,            )
6                                         )
  v.                                      )        O R D E R
7                                         )
CAROLYN W. COLVIN, *et al.*,              )
8                                         )
                    Defendants.           )
9  _____ )

10          The Court has considered the Report and Recommendation of United States Magistrate

11  (ECF #20) entered on April 21, 2015, in which the Magistrate Judge recommends the Court deny

12  Plaintiff's Motion for Remand (ECF #10) and grant Defendant's Cross Motion to Affirm (ECF #16).

13  The Court has considered the pleadings and memoranda of the parties and other relevant matters of

14  record and has made a review and determination in accordance with the requirements of 28 U.S.C. §

15  636 and applicable case law, and good cause appearing, the court hereby

16          ADOPTS AND ACCEPTS the Report and Recommendation of the United States

17  Magistrate Judge (ECF #20).

18          IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (ECF #10) is DENIED.

19          IT IS FURTHER ORDERED that Defendant's Cross Motion to Affirm (ECF #16) is

20  GRANTED.  The Clerk of the Court shall enter judgment accordingly and close the case.

21          IT IS SO ORDERED this 11th day of May, 2015.

22

23          _____
            ROBERT C. JONES
24          UNITED STATES DISTRICT JUDGE

25

26