AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

CHARLES K. PARKER,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

                        CASE NUMBER:  **3:13-cv-00523-RCJ-WGC**

CAROLYN W. COLVIN, *et al.*,

      Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Remand (#10) is **DENIED**. **IT IS FURTHER ORDERED** that Defendant's Cross Motion to Affirm (#16) is **GRANTED**.

  May 11, 2015                             **LANCE S. WILSON**
                                                           Clerk

                                                         /s/ D. R. Morgan
                                                         Deputy Clerk